UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FERNANDO TZUN, | Case No. 1:26-cv-04768-JLT-FJS (HC) |
| Petitioner, | |
| v. | ORDER TRANSFERRING CASE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
| WARDEN OF THE ADELANTO DETENTION FACILITY, *et al.*, | |
| Respondents. | |

Petitioner is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

"Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement." *Rumsfeld v. Padilla*, 542 U.S. 426, 447 (2004). The Ninth Circuit has "affirm[ed] the application of the immediate custodian and district of confinement rules to core habeas petitions filed pursuant to 28 U.S.C. § 2241, including those filed by immigrant detainees." *Doe v. Garland*, 109 F.4th 1188, 1199 (9th Cir. 2024).

Here, Petitioner challenges his present physical custody at the Adelanto ICE Processing Center and names, among others, his immediate custodian, the Warden of the Adelanto Detention Facility. (ECF No. 1, p. 1.) Therefore, venue is proper in the district of confinement, which is the Central District of California. "Whenever a civil action is filed in a court . . . and that court finds

that there is a want of jurisdiction, the court shall, if it is in the interest of justice, transfer such action or appeal to any other such court . . . . in which the action or appeal could have been brought at the time it was filed or noticed . . . ." 28 U.S.C. § 1631. Accordingly, rather than dismissal, the court finds that transfer of the petition to the United States District Court for the Central District of California is appropriate in the interest of justice.

Accordingly, IT IS HEREBY ORDERED that this action is TRANSFERRED to the United States District Court for the Central District of California. This court has not ruled on the motions to proceed in forma pauperis or for appointment of counsel. (ECF Nos. 2, 3.)

IT IS SO ORDERED.

Dated: __**June 29, 2026**__    _____
                               UNITED STATES MAGISTRATE JUDGE

2